# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BALUMA, S.A. d/b/a ENJOY PUNTA DEL ESTE & CASINO,

        Plaintiff,

vs.

JOSEPH HUANG,

        Defendant.

2:20-cv-01547-GMN-VCF

**ORDER**

Before the Court is *Baluma, S.A. d/b/a Enjoy Punta Del Este & Casino v. Joseph Huang*, case number 2:20-cv-1547-GMN-VCF.

The court has obtained a Zoom account to conduct the settlement conference on May 26, 2021. No video links are needed from the parties.

Accordingly,

IT IS HEREBY ORDERED that counsel/the parties must email chambers at VCF_Chambers@nvd.uscourts.gov, with all email address(es) to be used for the video conference hearing by noon, May 21, 2021.

DATED this 6th day of May, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE